UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; IRONWORKERS WORKERS' COMPENSATION TRUST; and IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> RANDALL'S STEEL ERECTORS, INC., aka RANDALL'S ERECTORS, <br><br> Defendant. | Case No. CV 10-08475 GAF (OPx) <br><br><br><br> JUDGMENT <br><br><br><br><br><br> Hon. Gary A. Feess <br><br> Complaint Filed: November 7, 2010 |

This Court having granted Plaintiffs' Motion for Summary Judgment against Defendant Randall's Steel Erectors, Inc. aka Randall's Erectors in its Order dated August

KKF/ldt/0925.84(S).wpd

25, 2011 and having awarded Plaintiffs their attorney's fees and costs in its Order dated September 19, 2011.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs, the CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND, CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, IRONWORKERS WORKER'S COMPENSATION TRUST, and IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST shall recover from Defendant RANDALL'S STEEL ERECTORS, INC. aka RANDALL'S ERECTORS the sum of $97,689.99 in damages, the sum of $17,842.50 in attorney's fees and the sum of $409.50 in costs for a total of **$115,941.99** with post-judgment interest as authorized by law.

Judgment is entered this 3rd day of October , 2011.

DATED:  October 3, 2011                    _____
                                           GARY A. FEESS
                                           UNITED STATES DISTRICT JUDGE